# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Gary Reed, et al., | Civil No. 12-456 (RHK/LIB) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Gordon Construction of Mahnomen, Inc., | |
| Defendant. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  February 23, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
